UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2024-CR-20560 MARTINEZ/SANCHEZ

**UNITED STATES OF AMERICA,**

**v.**

**RODERICK VANDERBILT,**
    *Defendant.*
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

PLEASE TAKE NOTICE that the law office of John Priovolos, P.A., hereby enters its Notice of Temporary Appearance as Counsel on behalf of the Defendant **RODERICK VANDERBILT**, in the above-styled cause.

DATED this 6th day of January, 2025.

    Respectfully Submitted,

    **John Priovolos, P.A.**

    *Counsel for Defendant*
    66 W. Flagler St, Ste 1000
    Miami, FL 33130
    (305) 470-2060 - Office
    E-mail: john@jpesq.com

    **S/John Priovolos**
    **JOHN PRIOVOLOS**
    Florida Bar Number: 690112

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 6th day of January, 2025.

    **S/John Priovolos**
    **JOHN PRIOVOLOS**