# COURT MINUTES

## Chief Magistrate Judge Jonathan Goodman

### King Building Courtroom 11-3          Date:  1/17/25      Time: 10:00 a.m.

Defendant: Roderick Vanderbilt          J#: 54539-511    Case #: 24-CR-20560-MARTINEZ/SANCHEZ

AUSA: Jacqueline DerOvanesian          Attorney: John Privolous (PERM)

Violation:   Conspiracy to Commit Securities Fraud

Proceeding:  **Report RE: Counsel/Arraignment (Information)**   CJA Appt:

Bond/PTD Held: ○ Yes   ○ No        Recommended Bond:

Bond Set at: $2 million PSB w/2 properties          Co-signed by:

| | | Language:  English |
|---|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | | |
| ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | | **Disposition:** *Brady Order given. Defense Counsel filed a Permanent Notice of Appearance per DE# [6]. Defendant filed a Waiver of Indictment in open court. Defendant Arraigned. Reading of Information Waived. Not Guilty plea entered. Jury Trial demanded. Standing Discovery Order requested.* |
| ☐ Random urine testing by Pretrial Services Treatment as deemed necessary | | |
| ☐ Refrain from excessive use of alcohol | | |
| ☐ Participate in mental health assessment & treatment | | |
| ☐ Maintain or seek full-time employment/education | | |
| ☐ No contact with victims/witnesses | | |
| ☐ No firearms | | |
| ☐ Not to encumber property | | |
| ☐ May not visit transportation establishments | | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | | |
| ☐ Travel extended to: | | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ Other: | | |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. JG-10:01:02; 10:05:45          Time in Court: 3 mins.