**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cr-20560-JEM**

UNITED STATES OF AMERICA

v.

RODERICK VANDERBILT,

    **Defendant.**
_____/

*[PROPOSED]*

**ORDER TO TRANSFER CASE**

FOR GOOD CAUSE shown, and the reasons articulated in the United States' Notice of Related Action and Unopposed Motion to Transfer Case, the Court finds that this case is substantially similar to and a related case to the pending matter before the Hon. David S. Leibowitz, United States District Justice, in *United States v. Theodore Farnsworth, et al.*, No. 22-20521-DSL.  Both defendants Vanderbilt and Farnsworth are charged in the same conspiracy related to Vinco Ventures, and Farnsworth is named as a conspirator in the information in this case.  For judicial efficiency and in the interests of justice,

    the Clerk of Court is hereby **ORDERED** to **TRANSFER** this matter to the Hon. David S. Leibowitz, United States District Justice, for all further proceedings.

_____ \_\_\_\_\_, 2025                        SO ORDERED:

                                                                          _____
                                                                          Hon. Jose E. Martinez
                                                                          United States District Judge