UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20560

**UNITED STATES OF AMERICA**

vs.

**RODERICK VANDERBILT**

    **Defendant**

_____/

**JOINT REQUEST FOR CHANGE OF PLEA HEARING**

  The government and Defendant Roderick Vanderbilt jointly request that the Court schedule a change of plea hearing for Defendant Vanderbilt on March 19, 2025, at 10am. The parties also request that time be excluded until the next appearance pursuant to 18 U.S.C. § 3161(h)(1)(G).

            Respectfully submitted,

            GLENN S. LEON
            CHIEF, FRAUD SECTION
            CRIMINAL DIVISION
            U.S. DEPARTMENT OF JUSTICE

    By:  /s/ Katherine McCarthy
        Katherine McCarthy
        Trial Attorney
        Florida Special Bar No. A5502801
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave., NW
        Washington, DC 20005
        Tel: (202) 714-7932
        Email: Katherine.McCarthy@usdoj.gov

Priovolos Law Group
66 West Flagler Street
Suite 1000
Miami, FL 33130
Tel: 305-470-2060
Email: john@jpesq.com

*s/ John Priovolos*
JOHN PRIOVOLOS
Florida Bar № 690112

*Counsel for Roderick Vanderbilt*

2

**CERTIFICATE OF SERVICE**

      I, Katherine McCarthy, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                                  By:    /s/ Katherine McCarthy
                                             Katherine McCarthy
                                             Trial Attorney
                                             Florida Special Bar No. A5502801
                                             United States Department of Justice
                                             Criminal Division, Fraud Section
                                             1400 New York Ave., NW
                                             Washington, DC 20005
                                             Tel: (202) 714-7932
                                             Email: Katherine.McCarthy@usdoj.gov

Dated:   March 3, 2025