UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20560

UNITED STATES OF AMERICA

v.

RODERICK VANDERBILT

    Defendant.

_____

**UNITED STATES' NOTICE OF STIRKING**

    The United States, through undersigned counsel, hereby files a Notice of Striking re: ECF No. 26. Following the filing of that notice, the Clerk's Office filed ECF No. 27 and instructed the government to refile ECF No. 26 with the signature block matching the CM/ECF login name. The government hereby notices the striking of ECF No. 26 and will promptly refile its Notice Regarding Victims.

                                                    Respectfully submitted,

                                                   LORINDA I. LARYEA
                                                 Acting Chief, Fraud Section
                                                 Criminal Division
                                                 U.S. Department of Justice

                          By:     /s/ Matthew Reilly
                                     Matthew Reilly
                                     Trial Attorney
                                     Florida Special Bar No. A5503036
                                     United States Department of Justice
                                     Criminal Division, Fraud Section
                                     1400 New York Ave., NW
                                     Washington, DC 20005
                                     Tel: (202) 320-8523
                                     Email: matthew.reilly2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2025, the foregoing was filed via the CM/ECF electronic filing system and served on all counsel of record as described in Local Rule 5.4.

    By:   /s/ Matthew Reilly
           Matthew Reilly
           Trial Attorney
           Florida Special Bar No. A5503036
           United States Department of Justice
           Criminal Division, Fraud Section
           1400 New York Ave., NW
           Washington, DC 20005
           Tel: (202) 320-8523
           Email: matthew.reilly2@usdoj.gov