UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

```
FILED BY_____D.C.
     MAR 03 2026
   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI
```

**United States of America,**
   **Plaintiff,**

v.                               Case No. 24-CR-20560

**Roderick Vanderbilt,**
   **Defendant.**

## MOTION FOR ACCESS TO RECORDING OR TRANSCRIPT OF SEALED HEARING

COMES NOW, Shadwrick Vick, a victim in the above-captioned matter, and respectfully requests that the Court grant access to the sealed hearing held on April 25, 2025, at 11:00 AM.

In support of this request, I state the following:

1. I attended the hearing in person, accompanied by my wife, Jennifer Vick, and provided a victim impact statement directly to the Court. At the hearing, I explained that I had been communicating with and gathering declarations from numerous affected shareholders, and my remarks reflected those shared concerns. I appreciated the opportunity to be heard and the Court's respectful handling of the proceeding.

2. The defendant, Mr. Roderick Vanderbilt, also made a brief statement during the hearing, in which he offered an apology.

3. I understand that the proceeding is sealed. From my direct observation, the hearing did not involve the disclosure of sensitive personal information during my statement or the defendant's remarks. In addition to our in-person attendance, several individuals joined the hearing remotely via Zoom/Webex, including other victims.

4. I respectfully request access to the video recording and transcript of the April 25, 2025 hearing.

5. I submit this request respectfully and in good faith in my capacity as a victim.

WHEREFORE, I respectfully request that the Court grant access to the recording and transcript of the April 25, 2025 hearing in the above-captioned matter.

Respectfully submitted this February 25, 2026.

/s/ Shadwrick Vick

Shadwrick Vick

150 Riveroak Drive
Fayetteville, GA 30215
shadvick@gmail.com
(801) 815-7426

2/26/2026

Shadwrick Vick
150 Riveroak Drive
Fayetteville, GA 30215
shadvick@gmail.com
(801) 815-7426

Clerk's Office
United States District Court
400 N. Miami Avenue
Miami, Florida 33128

Dear Clerk of Court,

Enclosed please find my Motion for Access to Recording or Transcript of Sealed Hearing in Case No. 24-CR-20560 (United States v. Roderick Vanderbilt), submitted in my capacity as a victim in this matter.

I previously contacted the Clerk's Office and was instructed to submit the motion by mail.

Thank you for your assistance.

Sincerely,

*[signature]*

Shadwrick Vick

Bhadwick Vick
co Riveroak Dr.
Fayetteville, GA 30215

REC'D BY_____ D.C.
MAR 03 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CLERKS OFFICE
UNITED STATES DISTRICT COURT
400 N. MIAMI AVENUE
MIAMI, FLORIDA 33128

ATLANTA GA RPDC 302
27 FEB 2026 PM 4 L

